1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12  DAVID TABAN, *et al.*,

13                        Plaintiffs,

14            v.

15  QUESTCOR PHARMACEUTICALS,
    INC., *et al.*,

16

17                        Defendants.

18

19

20

21

22

23

24

25

26

27

28

CASE NO.: 8:13-cv-00425-DMG
(JPRX)

**ORDER RE STIPULATION TO
TEMPORARILY DEFER
PROSECUTION OF ACTION**

1  The Court, having considered the Stipulation to Temporarily Defer
2  Prosecution of Action (the "Stipulation"), filed by Plaintiffs, and good cause being
3  shown, HEREBY ORDERS THAT:

4  1.  All proceedings, including those related to pleadings, motion practice
5  and discovery, in this action, are hereby deferred until the earlier of:  (a) sixty (60)
6  days after the resolution of any Motions for Summary Judgments ("MSJs") filed in
7  the Putative Class Action, (b) sixty (60) days after the deadline to file MSJs in the
8  Putative Class Action, if none are filed, or (c) the execution of any settlement
9  agreement (including any partial settlement agreement) to resolve the Putative
10  Class Action ("Deferral Period").  Within ten business days following expiration of
11  the Deferral Period, the Parties to this action shall either file a stipulation setting
12  forth a further proposed deferral period or shall file a status report with the Court.
13  Consistent with paragraph 6 below, nothing contained herein shall restrict
14  Plaintiffs from requesting that the Court terminate the Deferral Period upon thirty
15  (30) days written notice to Defendants, and Plaintiffs expressly reserve that right.

16  2.  To facilitate coordination and to avoid duplicative discovery,
17  Defendants will provide Plaintiffs in this action, concurrently with any production
18  (formal or informal) in the Putative Class Action, with copies of all discovery in
19  the Putative Class Action, including without limitation:  (i) all documents and
20  written responses to discovery produced in the Putative Class Action in the form
21  and manner in which such documents are produced in the Putative Class Action;
22  (ii) any written agreements regarding discovery in the Putative Class Action; and
23  (iii) court reporter contact information so that Plaintiffs may order transcripts of all
24  depositions taken in the Putative Class Action.  Notification to the Plaintiffs of the
25  pendency of such depositions shall be reasonable to permit Plaintiffs to order
26  transcripts of the depositions.  Plaintiffs agree to be bound by any stipulation
27  governing the treatment of confidential information entered into by the parties in

28

- 1 -

1 the Putative Class Action, and Plaintiffs acknowledge that their right to receive any

2 discovery from the Putative Class Action is contingent upon their agreement to be

3 bound by any such stipulation.  Nothing contained herein shall prevent Plaintiffs

4 from conducting their own independent discovery in this action once the Deferral

5 Period expires or is otherwise terminated by action of the Court in accordance with

6 the provisions of paragraph 1 and 6 herein, which shall not be  duplicative of

7 discovery in the Putative Class Action, and Plaintiffs expressly reserve such rights.

8 Such independent discovery shall include discovery specific to the claims raised in

9 Plaintiffs' First Amended Complaint herein.  Nothing contained herein shall be

10 construed as a waiver of Defendants' rights to object to any independent discovery

11 request made by Plaintiffs, and Defendants expressly reserve such rights.

12      3.    If a mediation is conducted or if there are any formal settlement

13 meetings to resolve the claims asserted in the Putative Class Action, Defendants

14 will invite Plaintiffs to participate in any such mediation or formal settlement

15 meetings.  Notification to the Plaintiffs of the setting of such mediation(s) or

16 meeting(s) shall be reasonable to permit attendance.

17      4.    To ensure that this temporary deferral of prosecution remains in the

18 best interests of the Parties and the Court, and to regularly inform this Court of any

19 developments that may have an effect on this action, the Parties will confer in a

20 status conference among each other no less frequently than every four (4) months

21 following the effective date hereof, so as to update Plaintiffs and their counsel on

22 the status of the Putative Class Action, the possible effect of the Putative Class

23 Action on this action, and address any related matters.  The Parties will provide the

24 Court with a joint status report addressing these matters within fourteen (14) days

25 of the occurrence of each such status conference.

26      5.    Plaintiffs condition agreement to the terms and conditions set forth

27 above on the continued stay of this action.

28

- 2 -

1    6.    At any time during the Deferral Period pursuant to the Order, any

2 Party to this action may file a motion with the Court seeking to modify the terms of

3 the Order, which may be opposed by any other Party to this action.

4    IT IS SO ORDERED.

5

6 DATED:   February 6, 2014    _____

7    DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -